FILED
October 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SO_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OHVA, INC., <br>     PLAINTIFF, | § § § | |
| V. | § § | CAUSE NO. 6:22-CV-00936-LY |
| FEITIAN TECHNOLOGIES CO., LTD., <br>     DEFENDANT. | § § § | |

## ORDER TRANSFERRING CASE

This case was randomly assigned to the undersigned United States District Judge pursuant to the Order Assigning the Business of the Court as it Relates to Patent Cases of July 25, 2022. It appears to the court that this case is related to a previously filed case, *OHVA, Inc. v. Fiserv, Inc.*, No. 6:22-CV-366-ADA-DTG. In the interest of convenience to the parties, the court, and judicial economy and to avoid potentially conflicting rulings, the court determines that this case should be transferred to the docket of the judge with the earliest filed case.

**IT IS THEREFORE ORDERED** that this case is transferred for all purposes to the docket of the Honorable Alan D Albright, United States District Judge.

SIGNED this _5th_ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE